whether the copartnership, or the defendant alone, and, as so modified, affirmed, without costs of this appeal to either party. All concur.

Richard MAJOR, etc., executor, etc., of Richard Major, deceased, respondent, v. Richard MAJOR, etc., and others, appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion granted, except as to striking the names of certain parties from the notice of appeal and other papers.

Thomas M. MALOY and another, respts., v. William A. BANNON, applt. (Supreme Court, Appellate Division, Third Department. September, 15, 1916.) Motion granted, unless appellant, within 20 days, serves printed case on appeal and pays $10 costs of this motion, in which event motion is denied.

Simon MARCH, respondent, v. LEHIGH & WILKES-BARRE COAL COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied, without costs.

Samuel MARCUS v. GIMBEL BROS. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied. Order signed.

Ignatz MARTIN, respondent, v. Leverett F. CRUMB, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Arthur J. MAY v. CORT FILM CORPORATION. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.

Charles H. MAY v. NEW YORK EDISON CO. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application granted. Order signed.

Grace MEEHAN v. MAYLEW CO., Inc. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Grace MEEHAN v. MAYLEW CO., Inc. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion for stay denied, with $10 costs. Order filed.

Hezekiah MERRITT, respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment of the County Court of Westchester County, and that of the justice of the peace, reversed, with costs, upon the ground that no negligence of the defendant was proven. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

Matter of Alexander MICHAELSON, an attorney. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Application denied. Settle order on notice.

Walter MICHALSKI, respondent, v. AMERICAN MACHINE & FOUNDRY COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Rich, and Putnam, JJ., concur. Carr, J., dissents.

In the matter of the petition of Maude A. MIDGLEY, as executrix, etc., of George D. HOLSTEN, deceased, to compel John H. Holsten to render and settle his account as executor, etc. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Order of the Surrogate's Court of Kings County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

In the matter of the application of Charles M. MILES, President, and Frank R. Lawrence and Edward Kelly, Trustees, of the Village of Oriskany, to legalize the proceedings for the issuance of sewer bonds. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Appeal dismissed, without costs, upon stipulation filed.

Walter B. MILKMAN, etc., respondent, v. Jose CASESA and another, appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied, with $10 costs.

Robert B. MILLER v. CLINTON S. ZIMMERMAN. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

Harry MILLS, applt., v. Herbert KELDERHOUSE, respt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Order affirmed, with costs. All concur.

Charles H. MILLS, respondent, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, appellant. (Supreme Court Appellate Division, Second Department. July 28, 1916.) Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Mills, J., taking no part.

Egmont MOLLENHAUER, Respt., v. E. A. STROUT FARM AGENCY, Applt. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Order modified, as stated in order, and, as modified, affirmed, without costs. No opinion. Order filed.

Ralph C. MORGAN v. Margaret R. MORGAN. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion to dismiss appeal granted, without costs. Order filed.